## Island Coal Company v. Swaggerty.

[No. 2,551.   Filed April 19, 1901.]

From Daviess Circuit Court; *D. J. Hefron*, Judge.

Action by William F. Swaggerty against The Island Coal Company, for damages. From a judgment for plaintiff, defendant appeals.

*C. E. Barrett, W. R. Gardiner* and *C. G. Gardiner,* for appellant. *Davis & Moffett,* for appellee.

PER CURIAM.—The Appellate Court being equally divided upon the question as to whether the judgment of the lower court in this cause should be sustained, it is therefore transferred to the Supreme Court.

## D. H. Davis Coal Company v. Polland.

[No. 3,020.   Filed April 19, 1901.]

From Clay Circuit Court; *S. M. McGregor,* Judge.

Action by Samuel Polland against the D. H. Davis Coal Company for damages for personal injuries. From a judgment for plaintiff, defendant appeals.

*G. A. Knight,* for appellant.

*A. W. Knight* and *S. D. Coffey,* for appellee.

PER CURIAM.—The Appellate Court being equally divided upon the question as to whether the judgment of the lower court in this cause should be sustained, it is therefore transferred to the Supreme Court.